**Order entered October 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00326-CV

## MICHAEL A. RUFF, ET AL., Appellants

## V.

## SUZANN RUFF, ET AL., Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

Before the Court is the request of court reporter Jackie Galindo for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 29, 2018**.

/s/     ADA BROWN
JUSTICE